### Juanita JACKSON, Petitioner

v.

### CITY OF PHILADELPHIA and Commonwealth of Pennsylvania, Department of Transportation and Donald Riles, Respondents.

Supreme Court of Pennsylvania.

May 13, 2004.

## ORDER

PER CURIAM.

AND NOW, this 13th day of May, 2004, the Petition for Allowance of Appeal is GRANTED as to the first issue only, the order of the Commonwealth Court is hereby REVERSED and the matter is remanded for proceedings consistent with *Walker v. Eleby*, 842 A.2d 389 (Pa.2004).

The remaining issue in the Petition for Allowance of Appeal is DENIED.

### COMMONWEALTH of Pennsylvania, Respondent

v.

### Jack WIGGINS a/k/a Laboy Wiggins, Petitioner.

Supreme Court of Pennsylvania.

May 13, 2004.

## ORDER

PER CURIAM.

AND NOW, this 13th day of May, 2004, the Petition for Allowance of Appeal is GRANTED, the Superior Court's judgment is VACATED and Petitioner's PCRA petition is hereby DISMISSED. *Commonwealth v. Robinson*, 575 Pa. 500, 837 A.2d 1157 (2003).